**SO ORDERED: May 24, 2011.**



_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ARNOLD REED JINES, | ) | CASE NO. 08-01025-FJO-7A |
|     Debtor. | ) | |
| _____ | ) | |
| THOMAS A. KRUDY, | ) | |
| as Chapter 7 Trustee | ) | |
|     Plaintiff, | ) | |
| vs. | ) | ADVERSARY NO. 08-50280 |
| CASTLETON POINT, LP | ) | |
|     Defendant. | ) | |

<u>ENTRY</u>

The Court incorporates by reference the findings of fact and conclusions of law entered simultaneously herein and ORDERS that the Motion of the Trustee is here by DENIED; the relief requested in the Complaint is DENIED with prejudice; and summary judgment is granted in favor of Castleton Point on said Complaint.

###